E-filing

FILED

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name RUTLEDGE, EUGENE
    (Last)        (First)

Prisoner Number CDC # F-79385; ALAMEDA COUNTY PFN AWH578

Institutional Address SAN QUENTIN STATE PRISON, SAN QUENTIN, CA 94974

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

EUGENE DARREL RUTLEDGE
(Enter the full name of plaintiff in this action.)

vs.

ALAMEDA COUNTY SUPERIOR COURT, OAKLAND, JULIE CONGER, SUPERIOR COURT JUDGE.

(Enter the full name of the defendant(s) in this action)

Case No. C 07 4093 CRB
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**Title 42 U.S.C § 1983**

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.    Place of present confinement SAN QUENTIN STATE PRISON, SAN QUENTIN, CA.

B.    Is there a grievance procedure in this institution?

        YES (X)    NO ( )

C.    Did you present the facts in your complaint for review through the grievance procedure?

        YES ( )    NO (X)

D.    If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT    - 1 -

1.  1. Informal appeal  N/A
2.
3.
4.  2. First formal level  N/A
5.
6.
7.  3. Second formal level  N/A
8.
9.
10. 4. Third formal level  N/A
11.
12.
13. E.  Is the last level to which you appealed the highest level of appeal available to
14.     you?
15.         YES (x)    NO ( )
16. F.  If you did not present your claim for review through the grievance procedure,
17. explain why. IN THIS CLAIM GRIEVANCE PROCEDURES ARE NOT APPLICABLE
18. AND I PURSUE THROUGH WRIT OF MANDATE PETITION IN THE
19. CALIFORNIA COURT OF APPEAL, NO. A117294.
20. II. Parties.
21. A.  Write your name and your present address. Do the same for additional plaintiffs,
22.     if any.
23. EUGENE DARREL RUTLEDGE, SAN QUENTIN STATE PRISON,
24. SAN QUENTIN, CA 94974.
25.
26. B.  Write the full name of each defendant, his or her official position, and his or her
27.     place of employment.
28. ALAMEDA COUNTY SUPERIOR COURT, OAKLAND, CA.;

COMPLAINT                      - 2 -

1  JULIE CONGER, SUPERIOR COURT JUDGE, ALAMEDA COUNTY SUPERIOR
2  COURT, OAKLAND, CA, RENE C. DAVIDSON COURTHOUSE, 1225 FALLON
3  ST., OAKLAND, CA. 94612.
4
5  III.    Statement of Claim.
6         State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10   ON MARCH 13, 2007 AND ON MARCH 14, 2007 ALAMEDA COUNTY
11  SUPERIOR COURT JUDGE JULIE CONGER WAS MOTIONED BY PLAINTIFF
12  TO DISQUALIFY HERSELF FOR REASONS OF GOOD-FAITH BIASNESS
13  THAT PLAINTIFF PRESUMED EXISTED FROM PREVIOUS INTER ACTION
14  WITH THE DEFENDANT JUDGE JULIE CONGER ON JULY 31, 2006
15  MARSDEN HEARING OF CASE NO 152773. THE DEFENDANT WAS TIMELY
16  REQUESTING TO DISQUALIFY HERSELF OFF CASE NO. 154409 ON
17  BOTH MARCH 13, 2007 AND MARCH 14, 2007. THE DEFENDANT
18  DENIED THE REQUEST WHERE A STRONG GOOD-FAITH BIASNESS
19  IS EVIDENT AND THE PURPOSELY DENIED PLAINTIFF HIS DUE
20  PROCESS RIGHT UNDER THE U.S. CONSTITUTION AND CALIFORNIA
21  CODE OF CIVIL PROCEDURES. PLAINTIFF SUFFERS DEPRIVEMENT
22  OF THE DEFENDANT'S ACTIONS
23  IV.    Relief.
24         Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26  PLAINTIFF SEEKS INJUNCTIVE RELIEF AND DECLARATORY RELIEF
27  TO ORDER THE DEFENDANT TO DISQUALIFY HERSELF AND NULL
28  AND VOID ANY ACTIONS OF THE DEFENDANT IN CASE NO. # 154409

COMPLAINT                         - 3 -

1  ALAMEDA COUNTY SUPERIOR COURT, OAKLAND. AND PLAINTIFF ALSO
2  SEEKS AN ORDER FOR THE WRITTEN RECORD OF MARCH 13, 2007
3  MARCH 14, 2007 MADE AVAILABLE TO PLAINTIFF AND THIS COURT
4  BECAUSE OF DEFENDANT'S APPOINTED COUNSEL ACTIONS, WHO REPRESENTED
   PLAINTIFF (SEE ATTACHED EXIBIT) ALSO FOR ALL PAPERS RELATED TO PLAINTIFF.
5  I declare under penalty of perjury that the foregoing is true and correct.

7  Signed this  28 TH  day of  July            , 20 07

                    _____
10                        (Plaintiff's signature)

COMPLAINT                    - 4 -

# Alameda County Public Defender

Main Office
1401 Lakeside Drive, Suite 400
Oakland, California 94612-4305
(510) 272-6600



Diane A. Bellas
Public Defender
Harold G. Friedman
Chief Assistant

July 25, 2007
File No. O06-11700

**CONFIDENTIAL: ATTORNEY/CLIENT CORRESPONDENCE**

Eugene Darrel Rutledge
CDC No.: F79385
San Quentin State Prison
San Quentin, CA 94964

      RE:    Alameda County Superior Court
                Rene C. Davidson Courthouse Docket No. 154409

Dear Mr. Rutledge:

      I do not have the transcripts of the court proceedings on the March dates that you have requested. I do not have **any** transcripts of the jury trial proceedings. Those transcripts will be prepared for your appellate attorney. If you decline an attorney on appeal, my understanding is that the transcripts will be prepared for you if you proceed in pro per status.

                                    Sincerely,

                                    ALAMEDA COUNTY PUBLIC DEFENDER

                                    Andrea Auer
                                    Attorney at Law

AA/kr