IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE DARREL RUTLEDGE,<br><br>      Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY SUPERIOR COURT,<br><br>      Defendant.<br>_____/ | No. CV 07-04093 CRB<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(XX) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that the complaint is dismissed without prejudice.

Dated: 08/16/07                                        Richard W. Wieking, Clerk

                                                                                   By: R.B Espinosa<br>
                                                                                      Deputy Clerk