1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| EUGENE DARREL RUTLEDGE, | ) |
|---|---|
| Plaintiff(s), | ) No. C 07-4093 CRB (PR) |
| vs. | ) ORDER |
| JULIE CONGER, Judge, | ) (Doc # 11) |
| Defendant(s). | ) |

     Plaintiff's motion for reconsideration (doc # 11) of the court's August 16, 2007 order of dismissal is DENIED for lack of merit.

     Plaintiff's request to proceed in forma pauperis on appeal is DENIED. The appeal is frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

DATED: Dec.12, 2007

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Rutledge1.or2.wpd