UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

January 8, 2008

**CASE INFORMATION:**
Short Case Title: <u>EUGENE DARREL RUTLEDGE</u>-v- <u>ALAMEDA COUNTY SUPERIOR COURT</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>California Northern San Francisco, Charles R. Breyer</u>
Criminal and/or Civil Case No.: <u>CV 07-04093 CRB</u>
Date Complaint/Indictment/Petition Filed: <u>8/9/07</u>
Date Appealed order/judgment *entered* <u>08/16/07</u>
Date NOA *filed* 8/28/07
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: <u>No Hearing held</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                        Date Docket Fee Billed:
Date FP granted:                             Date FP denied: <u>12/12/07</u>
Is FP pending? ☐ yes  ☐ no                   Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: See Docket Sheet                Appellee Counsel: See Docket Sheet


☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID: F-79385                        Address: San Quentin State Prison - AWH578
                                                     San Quentin, CA 94974
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                 9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: <u>Simone Voltz</u>
                                                    (415) 522-2016