**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

———————

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

June 20, 2008

CASE NUMBER:   **CV 07-04093 CRB (PR)**
CASE TITLE:   **EUGENE DARREL RUTLEDGE-v- ALAMEDA COUNTY SUPERIOR COURT**
DATE MANDATE FILED:  6/19/08

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Maria Loo
Case Systems Administrator

Distribution:   CIVIL        -   Counsel of Record

              CRIMINAL   -   Counsel of Record
                              U.S. Marshal (Copy of Mandate)
                              U.S. Probation Office

NDC App-16